AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

United States Courts
Southern District of Texas
**FILED**

APR 1 5 2025

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| HDDA, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:23-CV-1883-SCJ |
| Patel, et al. | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    **04/12/2024**    .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: **04/02/2025**

**KEVIN P. WEIMER**

*CLERK OF COURT*

*Traci Clements Campbell*
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

HDDA, LLC,

    Plaintiff,

v.

DEEPAK PATEL,
PUSHPABEN PATEL,
JORDAN HAAS,
JUNE HAAS,
KUNAL MODY,
CRYSTAL PATEL,
RAMESH MODY and
SMITA MODY,

    Defendants.

Case No.  1:23-CV-1883-SCJ

**CERTIFICATION**
**CM/ECF DOCUMENT**
I hereby attest and certify that this is a true
and correct printed copy of a document which
was electronically filed with the United States
District Court for the Northern District of
Georgia.

Date Filed April 12, 2024

By: _____
Kevin P. Weimer, Clerk of Court
MAR 2 1 2025

## JUDGMENT

The Court having GRANTED the Motion for Summary Judgment filed by

Plaintiff HDDA, LLC ("Plaintiff") pursuant to Order entered on April 4, 2024 (Doc.

No. 42), it is

ORDERED AND ADJUDGED that Plaintiff have and recover from

Defendants Deepak Patel, Pushpaben Patel, Jordan Haas, June Haas, Kunal Mody,

Crystal Patel, Ramesh Mody, and Smita Mody, jointly and severally, the amount of

$33,341,974.41, consisting of principal in the amount of $26,394,418.29[1], unpaid

---

[1] Includes principal in the amount of $26,197,933.79, plus deferred interest in the
amount of $196,484.50 capitalized on October 1, 2023. See Doc. No. 33-20.

1

interest accruing at the non-default rate (through April 4, 2024) in the amount of

$2,313,788.34, unpaid interest accruing at the default rate (through April 4, 2024) in

the amount of $1,533,045.37, late fees in the amount of $46,184.48, deferred interest

in the amount of $27,625.21, and statutory attorneys' fees pursuant to O.C.G.A. §

13-1-11 in the amount of $3,026,912.72[2]. Interest accrues from April 5, 2024

through the date of entry of this Judgment at the *per diem* rate of $8,064.96[3]. Interest

thereafter accrues at the federal post-judgment rate.

    IT IS SO ORDERED, this _12th_ day of April, 2024.

                       HONORABLE STEVE C. JONES
                       UNITED STATES DISTRICT JUDGE

---

[2] Equal to 15% of the first $500 of principal and interest owed, and 10% of the remaining principal and interest owed.
[3] Equal to 6% non-default rate, plus 5% default rate.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

HDDA, LLC,

      **Plaintiff,**

v.

**DEEPAK PATEL, PUSHPABEN PATEN, JORDAN HAAS, JUNE HAAS, DUNAL MODY, CRYSTAL PATEL, RAMESH MODY, and SMITA MODY,**

      **Defendants.**

**CIVIL ACTION FILE**

**No. 1:23-CV-1883-SCJ**

## ORDER

This case comes before the Court on an unopposed Motion to Allow Registration of Judgment in a Foreign Jurisdiction. Doc. No. [46]. For good cause shown, the Motion is **GRANTED IN PART**. Plaintiff may register the April 12, 2024 Judgment in the Northern District of Illinois, Southern District of Texas, Western District of Arkansas, and the District of Alaska. These jurisdictions represent places where one or more of Defendants live or have lived. To the extent Plaintiff seeks to register judgment in "any other foreign judicial district

in which assets of Defendants are or may be found," the Motion is **DENIED**

**WITHOUT PREJUDICE**.

      **IT IS SO ORDERED** this 18th day of March, 2025.

/s/ Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

2